DANIEL G. BOGDEN
United States Attorney
ROGER YANG
Assistant United States Attorney
333 Las Vegas Blvd South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | PROPOSED ORDER TO DISMISS |
| | ) | |
| PLAINTIFF, | ) | 2:10-cr-00166 KJD RJJ |
| | ) | |
| VS. | ) | |
| | ) | |
| CHARLES EDWARD MITCHELL, | ) | _____ |
| | ) | |
| DEFENDANT. | ) | |

## ORDER

Having considered the motion of the Government pursuant to Federal Rule of Criminal Procedure 48(a) (Document 46), and no opposition having been received, leave to dismiss the Indictment is **GRANTED**. IT IS SO ORDERED.

DATED 7th day of ~~April, 2011~~ May, 2012.

_____
UNITED STATES DISTRICT JUDGE